ACCEPTED
01-14-00706-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 6:53:04 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00706-CV

## IN THE FIRST COURT OF APPEALS

## HOUSTON, TEXAS

ACCURATE PRECISION PLATING, LLC,

Appellant,

V.

JUAN GUERRERO, GUERRERO PLATING TECHNOLOGY, LLC and
ALLIED PLATING, LLC,

Appellees

**APPELLEE, ALLIED PLATING, LLC'S UNOPPOSED MOTION TO
DISMISS ITS CONDITIONAL CROSS-APPEAL**

Allied Plating, LLC, appellee in the above-referenced case, filed a conditional cross-appeal, anticipating that the appellant might seek relief for past profits beyond that awarded by the jury. The appellate briefs have now been filed, and it is clear that appellant's sole issue on appeal is an evidentiary ruling by the trial court. Therefore, Allied Plating does not wish to pursue its conditional cross-appeal. Appellant has no objection to dismissal.

CONCLUSION AND PRAYER

Because appellant's appeal is limited to an evidentiary ruling by the trial judge, Allied Plating now asks this Court to dismiss appellee's conditional cross-appeal and to grant such other and further relief to which it may be entitled.

Respectfully submitted,

**The Pam Rea Law Firm, PLLC**

Pam Rea
State Bar No. 00792790
7026 Old Katy Road, Suite 259
Houston, Texas   77024
(832) 286-8142 – Telephone
(713) 782-5002 – Facsimile
*pamrea@pamrealaw.com*
*Counsel for Appellee*
*Allied Plating, LLC*

## CERTIFICATE OF CONFERENCE

I certify that, on behalf of all appellees in this matter, I conferred with counsel for appellant, M. Lane Lowrey on June 25, 2015 before filing this notice of dismissal and that he stated that Appellant has no objection to the dismissal of the conditional cross-appeal.

Pam Rea

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that a true and correct copy of this notice of dismissal has been sent to all counsel of record for by electronic service and to the filing clerk for the First Court of Appeals by delivery as shown below, on June 25, 2015.

| | |
|---|---|
| Maxwell Lane Lowery<br>Attorney for Appellant/Plaintiff | Facsimile (713) 929-3337<br>and email to llowrey@sbsblaw.com |
| Loreta Rea<br>Attorney for Appellees Guerrero<br>and Guerrero Plating Technology | loreta.rea@att.net |

Pam Rea